IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT JACKSON
Assigned on Briefs October 5, 2004

## STATE OF TENNESSEE v. LAWRENZO MENTON

**Appeal from the Criminal Court for Shelby County
Nos. 00-02081, 82, 83, 84      W. Otis Higgs, Jr., Judge**

───────────────

**No. W2004-00350-CCA-R3-CD  -  Filed January 13, 2005**

───────────────

DAVID G. HAYES, J., separate concurring opinion.


        I join with the majority in concluding that the record is insufficient to justify the imposition of consecutive sentences and that the defendant's length of sentences requires modification.

        The majority opines that modification is compelled by the holding of *Blakely v.* Washington, 542 U.S. ___, 124 S.Ct. 2531 (2004).  For those reasons expressed in *State v. Carlos Eddings*, No W2003-02255-CCA-R3-CD (Tenn. Crim. App. at Jackson, June 2, 2004) (Hayes, J., dissenting), I find any sentencing challenge to the length of sentence under *Blakely* is now waived for failure to object to the sentencing error at the trial level.  Tenn. R. App. P. 36(a).  Nonetheless, after *de novo* review, I agree with the majority that the trial court erred in applying enhancing factors (3), (4), (6), (11), and (17).  I also agree that only factor (2) is supported by the record.

        For this reason, I join with the majority in modifying the defendant's sentences as reflected by the opinion.


                                        _____
                                        David G. Hayes, Judge